No. 1833, Misc. PASTERCHIK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1858, Misc. STOCKER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1859, Misc. CHIN KEE *v.* MASSACHUSETTS. C. A. 1st Cir. Certiorari denied. *John D. O'Reilly III* for petitioner. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall* and *Howard M. Miller,* Assistant Attorneys General, and *John J. Droney* for respondent.

No. 1880, Misc. SIMMONS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Howard Moore, Jr.,* and *Peter E. Rindskopf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1883, Misc. TURNER *v.* WILKES ET AL. C. A. 6th Cir. Certiorari denied. *Leo E. Bearman* for respondents.

No. 1896, Misc. WHITE *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1899, Misc. GREEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1909, Misc. MARTINEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.